IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                              No. 4:09CR00210-01 JLH

BRADLEY CLAYTON WALKER                                                              DEFENDANT

**ORDER**

Pending before the Court is the government's Motion for Continuance of hearing on defendant Bradley Clayton Walker's petition under 28 U.S.C. § 2255, which is currently set for Monday, July 1, 2013. Without objection, the motion is GRANTED. Document #53.

The 2255 hearing is hereby rescheduled for *1:30 P.M. on THURSDAY, JULY 18, 2013*, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, in Little Rock, Arkansas. Document #39.

IT IS SO ORDERED this 12th day of June, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE