# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                            NO. 4:09CR00210 JLH

BRADLEY CLAYTON WALKER                                                DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, Bradley Clayton Walker's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 is denied.

IT IS SO ORDERED this 25th day of July, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE